UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-cv-23946

**ALEJANDRO ESPINOZA,**

        Plaintiff,

vs.

**WEST MARINE PRODUCTS, INC.,**
a Foreign Profit Corporation,
**D/B/A WEST MARINE,**

        Defendant.
_____/

**JOINT NOTICE OF SETTLEMENT**

    COMES NOW, Plaintiff ALEJANDRO ESPINOZA and Defendant WEST MARINE PRODUCTS, INC., a Foreign Profit Corporation, D/B/A WEST MARINE, by and through their undersigned counsel, and hereby file this Notice of Settlement to advise the Court that the parties have reached a settlement in principle of the claims in the above-styled action. The parties are in the process of finalizing a formal settlement documentation and will advise the Court when settlement is finalized through a Joint Stipulation for Dismissal with Prejudice.

Dated: February 9, 2023.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/ *Diego German Mendez* | /s/ *Gretchen M. Lehman* |
| Diego German Mendez | Gretchen M. Lehman |
| Florida Bar No. 52748 | Florida Bar Number: 0046365 |
| info@mendezlawoffices.com | gretchen.lehman@ogletree.com |
| MENDEZ LAW OFFICES, PLLC | OGLETREE, DEAKINS, NASH, |
| P.O. Box 228630 | SMOAK & STEWART, P.C. |
| Miami, Florida 33172 | 100 North Tampa Street, Suite 3600 |
| Telephone: (305) 264-9090 | Tampa, FL 33602 |
| Facsimile: (305) 809-8474 | Telephone: (813) 221-7239 |
| | Facsimile: (813) 289-6530 |
| Richard J. Adams, Esq. | *Attorneys for Defendant* |
| Florida Bar No. 770434 | |
| radamslaw7@gmail.com | |
| ADAMS & ASSOCIATES, P.A. | |
| 6500 Cowpen Road, Suite 101 | |
| Miami Lakes, FL 33014 | |
| *Attorneys for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 9th day of February, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Diego German Mendez, Esq.
Mendez Law Offices, PLLC
P.O. Box 228630
Miami, Florida 33172
info@mendezlawoffices.com

2

Richard J. Adams, Esq.<br>
Adams & Associates, P.A.<br>
6500 Cowpen Road, Suite 101<br>
Miami Lakes, FL 33014<br>
radamslaw7@gmail.com

***Attorneys for Plaintiff***

<u>/s/ Gretchen M. Lehman</u><br>
Attorney