UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ALEJANDRO ESPINOZA,    CASE NO. 1:22-cv-23946-KMM
    Plaintiff,

vs.

WEST MARINE PRODUCTS, INC.,
Florida for Profit Corporation
    Defendant,
_____/

### JOINT NOTICE/STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

    Plaintiff, ALEJANDRO ESPINOZA, through undersigned attorney Diego G. Mendez and Richard J Adams, pursuant to the Federal Rules Civil Procedure 41(a)(1)(ii) files this Joint Notice/Stipulation of Voluntary Dismissal with Prejudice against Defendant, WEST MARINE PRODUCTS, INC. All claims and counter claims by all parties are hereby dismissed with prejudice by stipulation.  Each party shall bear their own attorney fees and costs.

Submitted by:

| | |
|---|---|
| Mendez Law Offices, PLLC | Ogletree Deakins |
| Attorneys for Plaintiff | Attorney for Defendant |
| P.O. BOX 228630 | 100 North Tampa Street |
| Miami, Florida 33172 | Suite 3600 |
| Telephone: 305.264.9090 | Tampa, FL 33602 |
| Facsimile: 1-305.809.8474 | 813-221-7249 |
| Email:info@mendezlawoffices.com | Email: gretchen.lehman@ogletree.com |
| By:     /s/ | By:_____/s/_____. |
| DIEGO GERMAN MENDEZ, ESQ. | GRETCHEN LEHMAN |
| FL BAR NO.: 52748 | FL BAR NO.: 46365 |

Adams & Associates, P.A.
Attorneys for Plaintiff
6500 Cowpen Road, Suite 101
Miami Lakes, FL  33014
Telephone:  305-824-9800
Facsimile:  305-824-3868
Email: radamslaw@bellsouth.net
By: _____/s/_____
RICHARD J. ADAMS, ESQ
FL BAR NO.: 770434

          ###